# EXHIBIT B

# FIRST AMENDMENT TO LEASE AGREEMENT

**THIS FIRST AMENDMENT TO LEASE AGREEMENT** (the "***Amendment***") is made and entered into as of May 25, 2023, by and between **EHBCO, L.L.C.**, a Missouri limited liability company, ("***Landlord***") and **R&R PALLET OF GARDEN CITY INC.**, a Kansas corporation *d/b/a* R&R Pallets ("***Tenant***").

## RECITALS

**WHEREAS,** Landlord and Tenant entered into that certain Lease with a Lease Execution Date and Lease Commencement Date of April 23, 2023 for the lease of certain Premises with a street address commonly known as 4950 Stilwell Street, Kansas City, Missouri, as more particularly described in the Lease; and

**WHEREAS,** Landlord and Tenant desire to amend certain terms and conditions of the Lease as set forth in this Amendment;

**WHEREAS,** capitalized terms used herein have the same meanings assigned to such terms in the Lease.

**NOW THEREFORE**, in consideration of the mutual covenants and other valuable consideration set forth in the Lease and below, the receipt and sufficiency of which are hereby acknowledged, Landlord and Tenant agree as follows:

1. **Lease Section 1 and Exhibit C:** Notwithstanding anything to the contrary contained in the Lease, Base Rental for May 2023 shall be Zero Dollars and No Cents ($0.00) and the Additional Charges to be paid by Tenant for May 2023 shall be Zero Dollars and No Cents ($0.00). Base Rental for June 2023 shall be Eleven Thousand Dollars and No Cents ($11,000.00), and Base Rental shall continue to be Eleven Thousand Dollars and No Cents ($11,000.00) per month until T&E has vacated the Premises. Base Rental shall revert to the schedule set forth on Exhibit C to the Lease on the first day of the month after the month in which T&E has vacated the Premises. Additional Charges for June 2023 and each month thereafter for the remainder of the Term shall be as set forth in the Lease.

2. **Lease Section 31.a:** Section 31.a of the Lease ("Tenant's Insurance") is amended to include the following new Section 31.a(xi):

(xi) Section 31 Amendment. Notwithstanding the foregoing provisions of this Section 31.a, the Tenant insurance coverages required by Sections 31.a.(iv) ("Employers Liability"), (vi) ("Commercial Excess Liability"), and (vii) ("Business Interruption") of this Lease are not required, *provided, however*, that during the Term or any extension of this Lease, Landlord may, in its sole discretion, give notice to Tenant that one or more of the foregoing insurance coverages are required and Tenant shall obtain and provide proof of such insurance coverage(s) satisfactory to Landlord and consistent with the terms of this Lease within thirty (30) days of Landlord's notice.

3. **Lease Section 58:** Section 58 of the Lease is deleted in its entirety and replaced with the following:

**Section 58. Letter of Credit; Debris Removal.**

a. *Letter of Credit.* To secure Tenant's obligations to remove the Debris as required in Section 19 and Section 58 of this Lease, Tenant has delivered to Landlord an original irrevocable letter of credit in the amount of $1,000,000.00 attached to this Amendment as Exhibit "E," capable of being drawn upon at any of such issuer's offices (the "***Letter of Credit***"). The Letter of Credit attached as Exhibit "E" commences on May 19, 2023 and terminates on May 19, 2024, *i.e.*, the Letter of Credit is effective for twelve (12) months. Said Letter of Credit provides that Landlord shall be permitted to draw upon it on multiple occasions following Tenant's failure to remove the Debris as required in Section 19 and Section 58 of this Lease; *provided, however*,

{TRI048/00118/2344976.DOCX;1/ZIR }

that (i) at the option of Landlord, and in its sole discretion, Landlord may at any time prior to the expiration of the Letter of Credit or any Replacement Letter of Credit (defined below) give notice to Tenant that Landlord requires a replacement Letter of Credit for an additional twelve (12) month period (a "***Replacement Letter of Credit***"), in the same amount and with the same terms as the original Letter of Credit. Tenant shall provide such Replacement Letter(s) of Credit to Landlord within five (5) business days of the date of Landlord's notice. In the event Tenant timely provides such Replacement Letter of Credit, and Tenant is not otherwise in default of the Lease or any amendment thereof, Tenant shall provide evidence of the cost to Tenant for such Replacement Letter of Credit, and Rent for the following month shall be reduced by up to Ten Thousand Dollars and No Cents ($10,000.00) of such cost; and (ii) in the event Tenant has not provided a Replacement Letter of Credit prior to the expiration of the original Letter of Credit or any Replacement Letter of Credit as required in this Section 31.a, Landlord may draw upon the Letter of Credit or the Replacement Letter of Credit prior to its expiration and hold the proceeds until Tenant provides the Replacement Letter of Credit required hereunder; and (iii) if the original Letter of Credit or any Replacement Letter of Credit will expire prior to the end of the Term or any extension thereof, or during the pendency of any dispute concerning whether Tenant failed to remove the Debris as required in Section 19 and Section 58 of this Lease, Landlord may draw upon said Letter of Credit or Replacement Letter of Credit prior to the expiration thereof and hold the proceeds until the Debris has been removed consistent with the terms of this Lease or final resolution of the dispute, whichever is later. In the event Landlord draws upon the Letter of Credit or a Replacement Letter of Credit as aforesaid, Landlord shall use, apply or retain all or any portion of the proceeds thereof, for (1) the payment of any amount which Landlord may spend or become obligated to spend to remove the Debris, (2) as security for the removal of Debris, in the event Tenant fails to timely provide a Replacement Letter of Credit required hereunder; and/or (3) as compensation to Landlord for any losses or compensation which Landlord is entitled to recover from Tenant by reason of any Event of Default under the Lease, including but not limited to, any damage or deficiency arising in connection with Tenant's occupancy and use of the Premises, its holding over, and/or the reletting of the Premises and all associated reasonable legal fees.

b. *Tenant Default; Debris Removal.* In the event Tenant commits an Event of Default in three (3) consecutive months, and regardless of whether Tenant cures such default(s), then notwithstanding anything to the contrary contained herein: (x) upon the third (3rd) such Event of Default, Landlord may require Tenant to remove all Debris from the Property, such removal to be completed within sixty (60) days of Landlord's delivery of written demand (the "***Removal Deadline***"), and Tenant shall thereafter promptly commence removal of the Debris and prosecute same to completion, even if Tenant subsequently cures such Event of Default; and (y) if Tenant does not complete the Debris removal by the Removal Deadline, Landlord shall be permitted to remove the Debris at the cost of Tenant and to draw upon the Letter of Credit as set forth in subsection (a) above, even if Tenant subsequently cures such Event of Default.

4. **Other Lease Terms Unaffected:** Except as explicitly set forth in this Amendment, the terms and conditions of the Lease are unaffected and remain in full force and effect as written.

[*Signature Page Follows*]

{TRI048/00118/2344976.DOCX;1/ZIR }

**IN WITNESS WHEREOF**, this *First Amendment to Lease* is entered into by the parties hereto as set forth above.

**NOTICE: THE LEASE CONTAINS A WAIVER OF THE RIGHT TO TRIAL BY JURY.**

**LANDLORD:**

**EHBCO, L.L.C.**, a Missouri limited liability company

By: ______________________
Nancy Lang, Manager

Date: May 25, 2023

**TENANT:**

**R&R Pallet of Garden City Inc.**, a Kansas corporation

By: ______________________
Name: Rodney Wadel
Title: President

Date: May 25, 2023

{TRI048/00118/2344976.DOCX;1/ZIR }

**ACKNOWLEDGEMENT OF LEASE AND FIRST AMENDMENT TO LEASE BY KCB BANK**

The undersigned, an officer of KCB Bank ("Lender"), acknowledges that:

1. Lender issued that certain irrevocable Letter of Credit No. 77 dated May 19, 2023 in the amount of $1,000,000 for the benefit of EHBCO, L.L.C. or its successors in interest ("Landlord") (the "Letter of Credit").

2. Lender issued the Letter of Credit in connection with that certain Lease Agreement by and between Landlord and R&R Pallet of Garden City Inc. ("Tenant" or "Borrower") with a Lease Execution Date of April 23, 2023 (the "Lease").

3. Section 58 of the Lease requires Tenant to provide an irrevocable letter of credit for the entire 36-month Lease Term;

4. The policy of Lender is to issue irrevocable letters of credit for periods of up to only twelve (12) months and the Letter of Credit is effective for a period of twelve (12) months;

5. As a result, Landlord and Tenant/Borrower executed a First Amendment to Lease dated May 25, 2023 providing *inter alia* that (a) Tenant is required to provide a Letter of Credit with a term of only twelve (12) months, but that Landlord may require Tenant to provide a replacement letter of credit for additional twelve-month terms; and (b) in the event Tenant fails to timely provide a replacement letter of credit prior to the expiration of the Letter of Credit, Landlord may draw upon the Letter of Credit and hold the proceeds until Tenant provides the replacement letter of credit.

6. Lender has reviewed the Lease and First Amendment to Lease, including amended Section 58 set forth in the First Amendment to Lease.

7. Lender acknowledges that the Letter of Credit may be drawn upon by Landlord prior to its expiration date (May 19, 2024) on the terms and conditions set forth in the Lease and First

Amendment to Lease and also subject to the requirements set forth in the Letter of Credit.

8. Lender is not obligated, and has not committed, to provide a replacement letter of credit for the benefit of Landlord at this time.

John P. Young, PRESIDENT

KCB Bank
By: John P. Young
Title: President

{TRI048/00118/2344976.DOCX;1/ZIR }

# EXHIBIT "E"

**Letter of Credit**

**[attached]**

{TR1048/00118/2344976.DOCX;1/ZIR }