# EXHIBIT C

# INVOICE

**To: R&R Pallet Inc.**
Lindsey Leiker
2008 W. Mary
Garden City, KS 67846-0861

3657 Briarpark Drive
Suite 300
Houston, TX 77042
8322145000

**Premises:** AG-TREP 4950 Stilwell Property Owner LLC
4950-4980 Stilwell Street
Kansas City, MO 64120

| | |
|---|---|
| **Invoice Date** | 05/01/2026 |
| **Invoice No.** | 4950-765 |
| **Tenant ID** | t0000765 |
| **Unit** | LAND |

**Payment remit payment by the 1st**

| Date | Description | Amount |
|---|---|---|
| 05/01/2026 | Invoice for encroachment on neighboring tenant's space - Mainline Services - 4980 Stilwell. Excavator, Bulldozer, Dumpster, Dump fees, Operators, Misc supplies | $200,000.00 |
| | **Grand Total** | $200,000.00 |

| Notes |
|---|
| |

## Remittance Advice

(please detach and return)

| Customer Information | | Invoice Information | |
|---|---|---|---|
| **Company:** | R&R Pallet Inc | **Tenant ID** | t0000765 |
| **Name:** | Lindsey Leiker | **Unit** | LAND |
| **Address:** | 2008 W. Mary | **Payment Date** | |
| | | **Payment Amount** | |
| **City/State/Zip** | Garden City, KS, 67846-0861 | | |

Thank you for your business!