JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):

First Listed Plaintiff:
R & R Pallet of Garden City, Inc. ;
NA; Kansas
**County of Residence:** Outside This District

### Defendant(s):

First Listed Defendant:
AG-TREP 4950 Stilwell Property Owner, LLC ;
NA; New York
**County of Residence:** Outside This District

Additional Defendants(s):
Triten Real Estate Services, LLC ;
NA; Texas

**County Where Claim For Relief Arose:** Jackson County

### Plaintiff's Attorney(s):

Ryan M Peck ( R & R Pallet of Garden City, Inc.)
Morris Laing Law Firm
300 N. Mead, Suite 200
Wichita, Kansas 67202
**Phone:** 316-262-2671
**Fax:** 316-262-6226
**Email:** rpeck@morrislaing.com

Will B Wohlford ( R & R Pallet of Garden City, Inc.)
Morris Laing Law Firm
300 N. Mead, Suite 200
Wichita, Kansas 67202
**Phone:** 316-262-2671
**Fax:** 316-262-6226
**Email:** wwohlford@morrislaing.com

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** NA

**Defendant:** NA

**Origin:** 1. Original Proceeding

**Nature of Suit:** 380 Personal Property Damage

**Cause of Action:** 28 U.S.C. Sec 1332. Complete diversity of citizenship exists between plaintiff and defendants and amount exceeds $75,000

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** $1,000,000

**Jury Demand:** No

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/Ryan M. Peck

**Date:** 05/28/2026

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.